**No. 61463.**—Felix M. Mendelson and Hoyt, Shepston & Sciaroni *v.* United States, protest 237266–K (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).